____FILED ____ENTERED
____LODGED ____RECEIVED

JUN 9 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

PMA MANAGEMENT CORP.           :

       Plaintiff                  :

v.                                          :  Civil Action No. WMN-00-1412

BALTIMORE COUNTY, MARYLAND     :

       Defendant                  :

. . . . . . . . . . . . . . . . . . . .

### MOTION FOR EXTENSION OF TIME WITH CONSENT

Defendant Baltimore County, Maryland, by its undersigned attorneys, hereby moves, pursuant to Local Rule 105.9, for an extension of time to respond to Plaintiff's Complaint until Thursday, June 15, 2000. Counsel for Plaintiff has consented to this Motion. This is the first request for postponement.

WHEREFORE, Baltimore County respectfully requests that this Court grant the request for postponement.

                                                     VIRGINIA, W. BARNHART
                                                     County Attorney

                                                   _____
                                                 CAROL SAFFRAN-BRINKS
                                                 Assistant County Attorney
                                                 Courthouse, Second Floor
                                                 400 Washington Avenue
                                                 Towson, Maryland 21204
                                                 410-887-4420
                                                 Attorneys for Defendant

APPROVED
this __9th__ day of __June__, 2000.

_____
WILLIAM M. NICKERSON
United States District Judge

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 7th day of June, 2000, a copy of the foregoing Motion for Extension of Time With Consent was mailed, postage prepaid, to Geoffrey S. Gavett, Esquire, 15850 Crabbs Branch Way, Suite 180, Rockville, Maryland 20855.

_____
CAROL SAFFRAN-BRINKS