IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

PMA MANAGEMENT CORP.          :

       Plaintiff,            :

v.                            :   Civil Action No. WMN-00-1412

BALTIMORE COUNTY, MARYLAND    :

       Defendant             :

### STIPULATION TO ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

The parties have agreed and stipulate that the time in which Plaintiff, PMA Management Corp., may file its Opposition to Defendant's Motion to Dismiss or, In the Alternative, for Summary Judgment, shall be enlarged until July 21, 2000, to allow the parties to discuss settlement of this matter.

                           Respectfully submitted,

                           GAVETT AND DATT, P.C.

| | |
|---|---|
| Carol Saffran-Brinks | Geoffrey S. Gavett |
| Assistant County Attorney | Federal Bar No. 1997 |
| Courthouse, Second Floor | 15850 Crabbs Branch Way |
| 400 Washington Avenue | Suite 180 |
| Towson, MD 21204 | Rockville, Maryland 20855 |
| (410)887-4420 | (301)948-1177 |
| **Attorney for Defendant** | **Attorney for Plaintiff** |
| **Baltimore County, MD** | **PMA Managment Corp.** |

SEEN AND APPROVED this 29th day of June, 2000.

                           William M. Nickerson, Judge
                           United States District Court
                           for the District of Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Stipulation for Extension of Time**, was mailed, postage prepaid, this 28 day of **June**, 2000 to:

Virginia W. Barnhart, County Attorney
Carol Saffran-Brinks, Assistant County Attorney
Courthouse, Second Floor
400 Washington Avenue
Towson, Maryland 21204
(410)887-4420

_____
Geoffrey S. Gavett

F:\DATA\GD\INSURANC\07.000\7-00025\pleadings\extension.stip.wpd.001

2