IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

PMA MANAGEMENT CORP. :

    Plaintiff, :

v. : Civil Action No. WMN-00-1412

BALTIMORE COUNTY, MARYLAND :

    Defendant :

### STIPULATION TO SECOND ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

The parties have agreed and stipulate that the time in which Plaintiff, PMA Management Corp., may file its Opposition to Defendant's Motion to Dismiss or, In the Alternative, for Summary Judgment, shall be enlarged again until August 4, 2000, to facilitate continued discussion of settlement by the parties.

    Respectfully submitted,

    GAVETT AND DATT, P.C.

_____    _____
Carol Saffran-Brinks    Geoffrey S. Gavett
Assistant County Attorney    Federal Bar No. 1997
Courthouse, Second Floor    15850 Crabbs Branch Way
400 Washington Avenue    Suite 180
Towson, MD 21204    Rockville, Maryland 20855
(410)887-4420    (301)948-1177
**Attorney for Defendant**    **Attorney for Plaintiff**
**Baltimore County, MD**    **PMA Managment Corp.**

    SEEN AND APPROVED this 20th day of July, 2000.

_____
William M. Nickerson, Judge
United States District Court
for the District of Maryland

## CERTIFICATE OF SERViCE

   I HEREBY CERTIFY that a copy of the foregoing **Stipulation for Second Enlargement of Time**, was sent via facsimile and mailed, postage prepaid, this _*1*_ day of **July**, 2000 to:

Virginia W. Barnhart, County Attorney
Carol Saffran-Brinks, Assistant County Attorney
Courthouse, Second Floor
400 Washington Avenue
Towson, Maryland 21204
(410)887-4420

                _____
                Geoffrey S. Gavett

F:\DATA\GD\INSURANC\07.000\7-00025\pleadings\extension.stip.wpd.002

2