IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

PMA MANAGEMENT CORP.          :

        Plaintiff,          :

v.          : Civil Action No. WMN-00-1412

BALTIMORE COUNTY, MARYLAND          :

        Defendant          :

### STIPULATION TO THIRD ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

The parties have agreed and stipulate that the time in which Plaintiff, PMA Management Corp., may file its Opposition to Defendant's Motion to Dismiss or, In the Alternative, for Summary Judgment, shall be enlarged again until August 31, 2000, to facilitate continued discussion of settlement by the parties. The parties have stipulated to this additional enlargement of time because (1) they continue to engage in meaningful dialog regarding the resolution of disputes between them; (2) the transactions underlying their disputes are complex and have required detailed investigation and analysis; and (3) due to the summer vacation season, key participants in the settlement discussions have been unavailable during certain phases of the parties' negotiations.



Respectfully submitted,

GAVETT AND DATT, P.C.

_____   _____
Carol Saffran-Brinks                               Geoffrey S. Gavett
Assistant County Attorney                     Federal Bar No. 1997
Courthouse, Second Floor                    15850 Crabbs Branch Way
400 Washington Avenue                       Suite 180
Towson, MD 21204                                Rockville, Maryland 20855
(410)887-4420                                         (301)948-1177
**Attorney for Defendant**                    **Attorney for Plaintiff**
**Baltimore County, MD**                     **PMA Managment Corp.**

SEEN AND APPROVED this ____ day of _____, 2000.

_____
William M. Nickerson, Judge
United States District Court
for the District of Maryland

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Stipulation for Third Enlargement of Time**, was sent via facsimile and mailed, postage prepaid, this **1st** day of **August**, 2000 to:

Virginia W. Barnhart, County Attorney
Carol Saffran-Brinks, Assistant County Attorney
Courthouse, Second Floor
400 Washington Avenue
Towson, Maryland 21204
(410)887-4420

_____
Geoffrey S. Gavett

F:\DATA\GD\INSURANC\07.000\7-00025\pleadings\extension.stip.003.wpd

2