| Main Office | | Virginia Office |
|---|---|---|
| 15850 Crabbs Branch Way, Suite 180 | **Gavett and** | 122 South Royal Street |
| Rockville, MD 20855 | **Datt, P.C.** | P.O. Box 19140 |
| | | Alexandria, VA 22320 |
| 301-948-1177 | | |
| 301-948-1334 Facsimile | ATTORNEYS AT LAW | 703/549-9329 |
| e-mail: gavettanddatt@erols.com | | *Please reply to Main Office* |

September 29, 2000

**Via Facsimile & U.S. Mail**
The Honorable William M. Nickerson
United States District Court
    for the District of Maryland
100 West Lombard Street
Baltimore, Maryland 21201

   Re: ***PMA Management Corp. v. Baltimore County, Maryland***
      Civil Action No. WMN-00-1412 (United States District Court for the District of Maryland)

Dear Judge Nickerson:

  On August 31, 2000, your Honor issued a Settlement Order pursuant to Local Rule 111.1 pursuant to the parties' notification that they had reached verbal agreement regarding the terms of a settlement. The August 31 Order allowed the parties 30 days to move for good cause to reopen this action if settlement is not consummated.

  While the parties continue to have an agreement on the terms of a settlement, a final settlement agreement has not yet been agreed upon. The terms of the parties' settlement involve the exchange of a substantial volume of information and documentation, and the 30 days allowed by the August 31 Order has proven to be insufficient time to conclude this transaction. I am therefore writing to ask that the Court extend the time allowed to move for reopening in the event settlement is not consummated by another 60 days. I am authorized by counsel for the defendant to indicate that she is in agreement with the requested extension.

  I thank your Honor for your attention to this request.

Very truly yours,

GAVETT AND DATT, P.C.

BY _____
  Geoffrey S. Gavett

GSG/vlr

" APPROVED " THIS 4th DAY
OF October, 2000
_____
UNITED STATES DISTRICT JUDGE

cc: Carol Saffran-Brinks, Esq. (via facsimile & U.S. Mail)

F:\DATA\GD\INSURANC\07.000\7-00025\letters\nickerson.001.wpd