| | | |
|---|---|---|
| **Main Office**<br>15850 Crabbs Branch Way, Suite 180<br>Rockville, MD 20855<br><br>301/948-1177<br>301/948-4334 Facsimile<br>e-mail: gavettanddatt@erols.com | <br>**Gavett and Datt, P.C.**<br><br>ATTORNEYS AT LAW | **Virginia Office**<br>122 South Royal Street<br>P.O. Box 19140<br>Alexandria, VA 22320<br><br>703/519-9329<br>*Please reply to Main Office* |

November 30, 2000

FILED _____
LODGED _____

DEC 4 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**Via Facsimile & U.S. Mail**
The Honorable William M. Nickerson
United States District Court
   for the District of Maryland
100 West Lombard Street
Baltimore, Maryland 21201

    Re:    ***PMA Management Corp. v. Baltimore County, Maryland***
           Civil Action No. WMN-00-1412 (United States District Court for the District of Maryland)

Dear Judge Nickerson:

    While the parties continue to have an agreement on the terms of a settlement, a final settlement agreement has not yet been agreed upon. The terms of the parties' settlement involve the exchange of a substantial volume of information and documentation, and the 30 days allowed by the August 31 Order as well as the additional 60 day extension of time has proven to be insufficient time to conclude this transaction. I am therefore writing to ask that the Court extend the time allowed to move for reopening in the event settlement is not consummated by another 30 days. I am authorized by counsel for the defendant to indicate that she is in agreement with the requested extension.

    I thank your Honor for your attention to this request.

Very truly yours,

GAVETT AND DATT, P.C.

BY _____
    Geoffrey S. Gavett

GSG/vlr

cc:    Carol Saffran-Brinks, Esq. (via facsimile & U.S. Mail)

F:\DATA\GD\INSURANC\07.000\7-00025\letters\nickerson.002.wpd

APPROVED
December __ 00
WMNickerson

13