IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| PMA MANAGEMENT CORP. | : |
| Plaintiff, | : |
| v. | : Civil Action No. WMN-00-1412 |
| BALTIMORE COUNTY, MARYLAND | : |
| Defendant | : |

## STIPULATION OF DISMISSAL

Please note for the record that the parties to the captioned matter have stipulated that this matter has been settled and dismissed with prejudice. Each party shall bear its own costs.

Respectfully submitted,

GAVETT AND DATT, P.C.

_____  _____
Carol Saffran-Brinks             Geoffrey S. Gavett
Assistant County Attorney        Federal Bar No. 1997
Courthouse, Second Floor         15850 Crabbs Branch Way
400 Washington Avenue            Suite 180
Towson, MD 21204                 Rockville, Maryland 20855
(410)887-4420                    (301)948-1177
**Attorney for Defendant**       **Attorney for Plaintiff**
**Baltimore County, MD**         **PMA Managment Corp.**

SEEN AND APPROVED this ___8th___ day of ___January___, 2001.

_____
William M. Nickerson, Judge
United States District Court
for the District of Maryland

F:\DATA\GD\INSURANC\07-00017-00025\pleadings\dismissal stipulation.wpd